# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, upon the relation and for the use of the TENNESSEE VALLEY AUTHORITY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:18-cv-01236 ) |
| ADDITIONAL RIGHTS WITH RESPECT TO A PREEXISING EASEMENT AND RIGHT-OF-WAY OVER LAND IN MONTGOMERY COUNTY, TENNESSEE, and KATIE BAINE, LUKE BAINE, her husband, BANK OF AMERICA, N.A., ANDREW C. RAMBO, trustee, deceased, without appointment of successor trustee, MORTGAGE ELECTRONIC REGISTRATION, SYSTEMS, INC., beneficiary and nominee, | ) JUDGE ALETA TRAUGER ) ) JURY DEMAND ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

___

### ANSWER OF DEFENDANTS KATIE BAINE AND LUKE BAINE
___

Come now Defendants Katie Bain and Luke Baine, her husband (hereinafter "Defendants") in answer to the Complaint filed by the Tennessee Valley Authority (hereinafter "Plaintiff").

1. Admitted.

2. Admitted.

3. Defendants can neither admit nor deny the public use for which the property has been taken based on the information provided to Defendants at this point.

4. Defendants can neither admit nor deny the property interest to be acquired are additional rights to those acquired under a prior easement and right-of-way based on the information provided to Defendants at this point.

5. Defendants can not admit nor deny that all of the property rights being condemned are described in Attachment 1 to the Complaint.

6. a. Admitted.

   b. Admitted.

   c. Admitted.

   d. Admitted.

7. Admitted.

Defendants deny that the amount deposited by Plaintiff with the Clerk in the amount of One Thousand Nine Hundred Dollars ($1,900.00) is adequate, and demand a jury trial to determine the just compensation to which they are entitled.

This, the 13th day of February, 2019.

Respectfully submitted,

__/s/James W. Fisher, Jr._____
**JAMES W. FISHER, JR.** (BPR # 012412)
3129 Hawthorn Drive
Clarksville, Tennessee 37043
Phone: (615) 568-4513
Email: jwf4law@aol.com
*Attorney for Defendants Katie Bain and her husband, Luke Baine*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer was served to Consenting Users through the U. S. District Court's ECF system and to all Non-Consenting Users via the United States mail, first-class postage prepaid, to the address set forth below as applicable, on this, the 13th day of February, 2019.

James S. Chase, Esq.
TVA General Counsel's Office
400 W. Summit Hill Drive
Knoxville, Tennessee 37902-1401
*Attorney for Plaintiff, Tennessee Valley Authority*

        */s/James W. Fisher, Jr.*
**JAMES W. FISHER, JR.**